**No. 11-522. Lamiaa Gouda, et vir, Petitioners v. HSBC Bank USA, NA.**

565 U.S. 1113, 132 S. Ct. 1019, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 243.

January 9, 2012. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-523. William Kornfeld, Jr., Petitioner v. Patrick S. Flood, et al.**

565 U.S. 1113, 132 S. Ct. 1019, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 248.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 778.

**No. 11-530. David Hatchigian, Petitioner v. Citizens Public Adjusters, Inc., et al.**

565 U.S. 1113, 132 S. Ct. 1021, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 184.

January 9, 2012. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 23 A.3d 562.

**No. 11-533, Paul M. Carrick, Petitioner v. Santa Cruz County, California.**

565 U.S. 1113, 132 S. Ct. 1021, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 277.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-534. Brian Burke, Petitioner v. Metropolitan Transportation Authority, et al.**

565 U.S. 1113, 132 S. Ct. 1075, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 311.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-542. Oliver Addison Parker, Petitioner v. Motors Liquidation Company, fka General Motors Company, et al.**

565 U.S. 1113, 132 S. Ct. 1023, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 239.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-544. Vern McKinley, Petitioner v. Board of Governors of the Federal Reserve System.**

565 U.S. 1113, 132 S. Ct. 1026, 181 L. Ed. 2d 738, 2012 U.S. LEXIS 147.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 396 U.S. App. D.C. 216, 647 F.3d 331.